JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEI KANG,<br><br>     Plaintiff,<br><br>     v.<br><br>UR M. JADDOU, Director of United States Citizenship and Immigration Services, et al.,<br><br>     Defendants. | Case No. 2:21-cv-09488-RGK-E<br><br>[proposed]<br><br>ORDER GRANTING STIPULATION TO DISMISS ACTION [23] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' Stipulation to Dismiss Action is hereby GRANTED.  Plaintiff's complaint and action are hereby DISMISSED.  Each party shall bear their own costs, fees and interest.  IT IS SO ORDERED.

Dated:  6/2/2022

_____
UNITED STATES DISTRICT JUDGE